BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DANIEL P. TALBERT
Special Assistant United States Attorney
    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8926
    Facsimile:  (415) 744-0134
    E-Mail: Daniel.Talbert@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| CHRISTINA HERNANDEZ,<br>    Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>    Defendant. | NO. 1:09-CV-01805-JLT<br><br><br><br>STIPULATION AND ORDER |

    The parties to the above-captioned action, by and through their undersigned attorneys, hereby stipulate as follows:

    1) Pages 10, 11, 12, and 13 of the Certified Administrative Transcript are confidential records pertaining to individuals other than Plaintiff.

    2) Pages 10, 11, 12, and 13 will be removed from the Certified Administrative Transcript and from all copies of the Transcript, and destroyed by Plaintiff's attorney, the Assistant United States Attorney and the Special Assistant U.S. Attorney/Assistant Regional Counsel.

    3) The Certified Administrative Transcript, thus redacted, will be filed in this action as part of the Commissioner's Answer to Plaintiff's Complaint.

    4) Pages 10, 11, 12, and 13, mistakenly included in the Transcripts, will not be disclosed to anyone.

   5) The inadvertent inclusion of pages 10, 11, 12, and 13 in the Certified Administrative Transcript will not be a basis for a claimed error.

                                        Respectfully submitted,

                                        */s/ Laura Krank*

Date: March 2, 2010              (As authorized via e-mail)
                                      LAURA KRANK
                                      Attorney for Plaintiff

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: March 2, 2010           By *s/ Daniel P. Talbert*
                                      DANIEL P. TALBERT
                                      Special Assistant U. S. Attorney
                                      Attorneys for Defendant

                                      <u>ORDER</u>

IT IS SO ORDERED.

Dated:   **March 3, 2010**                         **/s/ Jennifer L. Thurston**
                                                      UNITED STATES MAGISTRATE JUDGE