1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**EASTERN DISTRICT OF CALIFORNIA**

8

**FRESNO DIVISION**

9
10
11
12
13
14
15

| | |
|---|---|
| CHRISTINA   HERNANDEZ, | ) Case No.: 1:09-CV-1805 SKO |
| | ) |
| Plaintiff, | ) ORDER EXTENDING BRIEFING |
| v. | ) SCHEDULE |
| | ) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security. | ) |
| | ) |
| Defendant. | ) |
| | ) |
| | ) |

16
17
18
19

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and include June 18, 2010, in which to file her Opening Brief.  All other deadlines set forth in the October 16, 2009, Scheduling Order shall be extended accordingly.

20
21
22

IT IS SO ORDERED.

23

Dated:   **June 18, 2010**                          **/s/ Sheila K. Oberto**
                                         UNITED STATES MAGISTRATE JUDGE

24
25
26

-1-