Laura E. Krank
Attorney at Law: 220208
Law Offices of Rohlfing & Kalagian, LLP
211 East Ocean Boulevard, Suite 420
Long Beach, CA 90802
Tel.: (562)437-7006
Fax: (562)432-2935
E-mail: rk_sslaw@speakeasy.net

Attorneys for Plaintiff
Christina Hernandez

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA HERNANDEZ,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 1:09-CV-1805<br><br>STIPULATION AND ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

TO THE HONORABLE SHEILA K. OBERTO, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Christina Hernandez be awarded attorney fees and expenses in the amount of TWO THOUSAND FIVE HUNDRED dollars ($2,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d).  This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

1	After the Court issues an order for EAJA fees to Christina Hernandez, the
2	government will consider the matter of Christina Hernandez's assignment of EAJA
3	fees to Laura E. Krank.  Pursuant to *Astrue v. Ratliff*, ___ U.S. ___, 2010 WL
4	2346547 (June 14, 2010), the ability to honor the assignment will depend on
5	whether the fees are subject to any offset allowed under the United States
6	Department of the Treasury's Offset Program.  After the order for EAJA fees is
7	entered, the government will determine whether they are subject to any offset.
8	Fees shall be made payable to Christina Hernandez, but if the Department
9	of the Treasury determines that Christina Hernandez does not owe a federal debt,
10	then the government shall cause the payment of fees, expenses and costs to be
11	made directly to Law Offices of Rohlfing & Kalagian, LLP, pursuant to the
12	assignment executed by Christina Hernandez.  Any payments made shall be
13	delivered to Laura E. Krank.
14	This stipulation constitutes a compromise settlement of Christina
15	Hernandez's request for EAJA attorney fees, and does not constitute an admission
16	of liability on the part of Defendant under the EAJA.  Payment of the agreed
17	amount shall constitute a complete release from, and bar to, any and all claims that
18	Christina Hernandez and/or Laura E. Krank including Law Offices of Rohlfing &
19	Kalagian, LLP may have relating to EAJA attorney fees in connection with this
20	action.
21	Laura E. Krank reserves the right to contend that any non-payment caused
22	by the collection of a federal debt owed by Christina Hernandez violates 31 C.F.R.
23	§ 285.5(e)(5) and *Morrison v. C.I.R.*, 565 F.3d 658, 667 (9th Cir. 2009).  Nothing
24	in this stipulation shall be construed as an admission by Laura E. Krank that the
25	Government has the right or authority to offset the fees due and payable pursuant
26	to this stipulation.

This award is without prejudice to the rights of Laura E. Krank and/or Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: February 9, 2011         Respectfully submitted,

                               ROHLFING & KALAGIAN, LLP

                                /s/ *Laura E. Krank*
                               BY:_____
                               Laura E. Krank
                               Attorney for plaintiff Christina Hernandez

DATED: February 22, 2011

                               BENJAMIN B. WAGNER
                               United States Attorney


                                /s/ *Daniel P. Talbert*
                               _____
                               Daniel P. Talbert
                               Special Assistant United States Attorney
                               Attorneys for Defendant Michael J. Astrue,
                               Commissioner of Social Security
                               (Per e-mail authorization)

**ORDER**

Pursuant to the parties' stipulation, IT IS ORDERED that Plaintiff be awarded attorney fees and expenses in the amount of $2,500.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

IT IS SO ORDERED.

   Dated:   **February 28, 2011**              **/s/ Sheila K. Oberto**
                                               UNITED STATES MAGISTRATE JUDGE